THE GREAT WOODWORKING Co., INC., Respondent, *v.* CHARLES WALLEY, Appellant.

Supreme Court, Appellate Term, First Department, November 14, 1929.

*Harry G. Fromberg*, for the appellant.

*Abraham I. Smolens*, for the respondent.

'ER CURIAM. Section 17 of the Municipal Court Code still requires that actions be brought in the districts in which either the plaintiff or the defendant resides or has a place for the transaction of business. Although the specific procedure to be followed where an action is brought in the wrong district formerly contained in subdivision 2 of the section has been omitted from the amended section the court is required to enforce the statute and change the venue when a proper application is made.

Judgment and orders reversed and a new trial ordered in the Second District, Borough of Manhattan, with thirty dollars costs to appellant to abide the event.

All concur; present, BIJUR, LYDON and CALLAHAN, JJ.